Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

In Re
    Rob E Gould

Chapter 13 Case Number:
11-40565-RLE13

Debtors(s)

## ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS

The Trustee represents that as of May 10, 2016, all the payments owed by the above named debtor(s) in the Chapter 13 Case filed on January 18, 2011 and confirmed by the Court, have been paid.

DATE: May 11, 2016

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee