Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
22320 FOOTHILL BLVD #150
HAYWARD CA 94541
TELEPHONE: 510 266 5580
FAX: 510 266 5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ROB E GOULD
   Debtor(s)

Case No 11-40565 RLE13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

  Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $53.08 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 11-40565 RLE13 | AMERICAN CONTRACTORS INDEMITY COMPANY<br>C/O MARLA D THOMPSON<br>18757 BURBANK BLVD #200<br>TARZANA CA 91356 | $7,124.23 | $53.08 |
| | Total Unclaimed Dividends | | $53.08 |

Dated: July 27, 2016

              /s/ Martha G Bronitsky
              Martha G. Bronitsky, Chapter 13 Trustee