**Martha G. Bronitsky**
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

September 30, 2016

EFG MORTGAGE ACQUISITION, LLC
C/O CAPITALSOURCE FINANCE
5404 WISCONSIN AVE
CHEVY CHASE, MD 20815

Chapter 13 Case No.: 11-40565-RLE13
Re: Rob E Gould

We received a notification that the address for claim# 7 filed by EFG MORTGAGE
ACQUISITION, LLC, is no longer valid or has changed. Disbursement checks sent to the
address above are not being cashed. A Notice of Change of Address or Transfer of Claim
needs to be filed with court before the address can be updated. THIS CASE IS SET TO
COMPLETE. IF WE DO NOT RECEIVE A RESPONSE TO THIS LETTER BY
10/14/2016 FUNDS WILL BE SENT TO THE CLERK.

We have no authority to send payments to a different address, or send payments to a
non-creditor absent a court order. Any change of address or transfer of claim **MUST** be filed
with the Bankruptcy Court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca  94612

Based on your correspondence, however, we will cease distributions and place an internal
reserve on the claim. When we have accumulated an amount sufficient to pay the claim, we
will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Capitalsource Finance, Llc, 633 West Fifth Street, Los Angeles, CA  90071

Efg Mortgage Acquisition, Llc, C/O Capitalsource Finance, 5404 Wisconsin Ave, Chevy Chase, MD 20815

Jennifer Reichhoff Atty, 22693 Hesperian Blvd #250, Hayward, CA  94541

Rob E Gould, 16903 Midway Road, Tracy, CA  95377

Solomon Grindle Silverman And Wintringer, 12651 High Bluff Dr #300, San Diego, CA  92130

EFG MORTGAGE ACQUISITIONS , 12651 HIGH BLUFF DR #250 , SAN DIEGO CA 92130